AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

United States of America
v().

CLARENCE OMERR GREEN

Case No. 20-cr-46-BAJ-SDJ

Defendant

RECEIVED USMS / MLA 2020 JUL 17 AM 9: 05

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Clarence Omerr Green
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)       Felon in Possession of a Firearm

Date:   07/16/2020

*Scott Johnson*
Issuing officer's signature

City and state:   Baton Rouge, Louisiana

Magistrate Judge Scott D. Johnson
Printed name and title

### Return

This warrant was received on (date) 7/17/2020, and the person was arrested on (date) 7/28/2020
at (city and state) Baton Rouge, La.

Date: 7/31/2020

Arresting officer's signature    3268

BRIAN L. LUCIO    AUSM
Printed name and title