UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR POSSESSION OF A FIREARM
BY A CONVICTED FELON AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-46-BAJ-SDJ |
| | : | |
| *versus* | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(d) |
| CLARENCE OMERR GREEN | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

On or about January 1, 2020, in the Middle District of Louisiana, **CLARENCE OMERR GREEN**, defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, did knowingly possess a firearm, that is, a Smith & Wesson, model SD9VE, 9mm caliber pistol, bearing serial number FXZ7295, which firearm previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

Upon conviction of the offense contained in this Indictment, **CLARENCE OMERR GREEN**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the commission of the offense, including, but not limited to, a Smith & Wesson, model SD9VE, 9mm caliber pistol, bearing serial number FXZ7295.

UNITED STATES OF AMERICA, BY

_____
BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
DEMETRIUS D. SUMNER
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
GRAND JURY FOREPERSON

7-16-2020
_____
DATE

| Criminal Cover Sheet | U.S. District Court |

**Place of Offense:**  Matter to be sealed:  ☐ No  ☒ Yes

City    **Baton Rouge**    Related Case Information:

County/Parish  **East Baton Rouge**
Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
*Investigating Agency __ATF__    Magistrate Case Number _____
*Agent  __SA Kevin Allred__    Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name:  **CLARENCE OMERR GREEN**
Alias:
Address:
Birthdate:    SS #:    Sex:    Race:    Nationality:

**U.S. Attorney Information:**

AUSA    Demetrius D. Sumner    Bar # PBN 321406

**Interpreter:**  ☒ No  ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:  __1__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:922(g)(1) | Felon in possession of a firearm | 1 | F |

Date: July 16, 2020    Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____